F. M. WYNNS v. ATLANTIC COAST LINE RAILROAD ET AL.

(Filed 2 March, 1921.)

APPEAL by defendant from *Lyon, J.,* at November Term, 1920, of BERTIE.

Civil action for damages, tried upon an alleged negligent injury to plaintiff's two mules. Verdict and judgment in favor of the plaintiff. Defendants appealed.

*Winston & Matthews for plaintiff.*
*J. N. Pruden and Gillam & Davenport for defendants.*

PER CURIAM. Upon the argument of this cause, defendants relied entirely upon their motion for judgment as of nonsuit, assigning as error his Honor's refusal to grant the same. Considering the evidence in its most favorable light for the plaintiff, the accepted position on such motion, we think the testimony was sufficient to be submitted to the jury, under authority of *Ramsbottom v. R. R.,* 138 N. C., 38.

No error.